REYNOLDS, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by James L. Reynolds against the city of Mt. Vernon. No opinion. Order affirmed, with $10 costs and disbursements.

REYNOLDS, Appellant, v. LEYDEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by John A. Reynolds, individually, etc., against Maurice Leyden. No opinion. Judgment affirmed, with costs.

RHINEHART et al., Respondents, v. REDFIELD PUBLIC WORKS COM'R, Appellant. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Application of Clark D. Rhinehart and another for a peremptory writ of mandamus against William C. Redfield, as commissioner of public works, etc. No opinion. Motion granted, and order resettled and signed.

RICE v. RICE. (Supreme Court, Appellate Division First Department. November 25, 1904.) Action by Isabel S. Rice against Charles W. Rice. No opinion. Motion denied, on payment of $10 costs.

RIGLANDER, Respondent, v. MORNING JOURNAL ASS'N et al., Appellants. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Mabel Riglander against the Morning Journal Association and the Star Company. From an order granting a preference and setting the case for trial for a day certain in the October term of the court, defendants appeal. Reversed. David B. Hill, for appellants. Joseph J. Cunningham, for respondent.

PER CURIAM. For the reasons stated in the opinion in the case of Riglander v. Star Company (decided herewith) 90 N. Y. Supp. 772, the order appealed from should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

LAUGHLIN, J., dissents.

ROBERTS, Appellant, v. BRODERICK, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by James A. Roberts, as receiver, etc., against John J. Broderick. No opinion. Judgment and order affirmed, with costs.

ROBERTS, Respondent, v. COOK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by James A. Roberts as receiver, etc., against Richard P. Cook.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents.

ROCHEVOT et al., Respondents, v. WOLF, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Caroline Rochevot and others against Fred W. Wolf. No opinion. Motion for reargument denied, with $10 costs.

RODGER et al. v. CITY OF SYRACUSE. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by C. Julia Rodger and others against the city of Syracuse.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HISCOCK, J., dissents.

ROOSEVELT et al. v. SCHILE et al. (two cases). (Supreme Court, Appellate Division, First Department. November 11, 1904.) Actions by John E. Roosevelt and others against Romeo H. Schile and others. No opinion. Motion denied.

In re ROSENSTRETER. (Supreme Court, Appellate Division, First Department. November 25, 1904.) In the matter of Peter Rosenstreter. F. W. Keller, for appellant. H. A. Aplington, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROSENTHAL, Respondent, v. MINSKY, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by William F. Rosenthal against Louis Minsky. A. Pfeiffer, for appellant. J. J. O'Connell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROSSENBACH, Respondent, v. SUPREME COURT I. O. F., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Theresa Rossenbach against the Supreme Court of the Independent Order of Foresters. No opinion. Judgment and order affirmed, with costs.

RUBENSTEIN et al., Respondents, v. RYAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by George H. Rubenstein and another against George W. Ryan.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the proceeding upon replevin of property and the provision for an undertaking upon such proceeding are entirely independent of the provision for security for costs against a nonresident plaintiff.

WILLIAMS, J., not voting.

RYAN, Appellant, v. HOYT et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Mary Ryan against Frederick M. Hoyt, Marshall E. Hoyt, and the United Traction Company. No opinion. Judgments and orders unanimously affirmed, with one bill of costs.